UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )
                           )   CR  3-06-70568 JCS
                           )
              v.           )   **REMOVAL ORDER- OUT OF CUSTODY**
Brittini Acosta[?]         )
                           )
_____Defendant.____)

IT APPEARING that a(n) __INDICTMENT__ has been filed in the _____ District of __SOUTH DAKOTA__ charging the defendant above-named with a violation of Title(s) __18__, United States Code, Sections(s) __371, 471 and 472__.

IT IS HEREBY ORDERED that the defendant be released on _____ (Bail) to report to the United States District Court for the __District__ of __SOUTH DAKOTA__ on __9-20-06__ or when summoned by that district and to abide by all further orders of that Court. Any security posted as bail shall be transmitted to the clerk in the district where the offense was allegedly committed.

DATED: __9-6-06__

_____
JAMES LARSON
United States Magistrate Judge