1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant SCARDINO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-3-06-70568 MAG
                                    )
12              Plaintiff,          )   DEFENDANT'S UNOPPOSED MOTION
                                    )   AND [PROPOSED] ORDER GRANTING
13         v.                       )   MOTION FOR MODIFICATION TO
                                    )   RELEASE BOND
14 BRITTNI SCARDINO,                )
                                    )
15              Defendant.          )
                                    )
16

17         On September 6, 2005, this Court released defendant Brittni Scardino on a $100,000

18 unsecured bond. As a condition of her release, Ms. Scardino was ordered to appear in Federal

19 District Court for the District of South Dakota on or before September 20, 2006.

20         Immediately upon her release, Ms. Scardino contacted the Federal Public Defender in

21 Rapid City, South Dakota. In turn, the Federal Defender contacted the Clerk of the Court to

22 place the matter on the magistrate's calendar. Ms. Scardino was given a date of October 5, 2006.

23 Attached hereto as *Exhibit A* is a letter from counsel confirming this information.

24         Ms. Scardino respectfully requests that the Court modify her release conditions to require

25 that she appear in South Dakota on or before October 5, 2006. Undersigned counsel has

26 ///

CR-3-06-70568 MAG                         1

confirmed that the government does not oppose the requested modification.

Dated: September 14, 2006

                                      Respectfully submitted,

                                      BARRY J. PORTMAN
                                      Federal Public Defender

                                      */s/ Josh Cohen*

                                      JOSH COHEN
                                      Assistant Federal Public Defender

## ORDER

      Accordingly, and for good cause shown, the defendant's conditions of release are hereby modified as follows: Ms. Scardino shall appear in Federal District Court for the District of South Dakota on case number CR-06-50064 on or before October 5, 2006. All other conditions shall remain in effect.

      IT IS SO ORDERED.

Dated: September 14, 2006

                                        JAMES LARSON
                                        UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge James Larson*

# EXHIBIT A

# FEDERAL PUBLIC DEFENDER
## DISTRICTS OF SOUTH DAKOTA AND NORTH DAKOTA

Jeffrey L. Viken

DATE:   September 13, 2006

TO:     Mr. Josh Cohen

FROM:   Mr. Gary G. Colbath, Jr.

FAX NO: (415) 436-7706

NUMBER OF PAGES INCLUDING THIS SHEET:    1

RE:  U.S.A. v. Brittni Scardino, a/k/a Brittni Poore
     CR No. 06-50064-01

MESSAGE: Pursuant to our conversation, this is to confirm that the magistrate court here in South Dakota has set Ms. Scardino's initial appearance for Thursday, October 5, 2006, at 1:30 p.m. She need not be in South Dakota or appear in court before that time. Should you have any questions, please feel free to contact me.

This facsimile contains CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended only for the use of the Addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the address listed below via the U.S. Postal Service. Thank you.

IF YOU EXPERIENCE ANY PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL (605) 343-5110.

Transmitted by FAX only __X__                     Hard Copy Sent  __

703 Main Street, 2nd Floor, Rapid City, South Dakota 57701
Telephone: (605) 343-5110   Telefax: (605) 343-1498

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that the following:

**Defendant's Unopposed Motion and [Proposed] Order Granting Motion For Modification to Release Bond**, was stamped "Filed" September 14, 2006 in the case **United States v. Brittni Scardino,** and served by hand to:

United States Attorney,
1301 Clay St. Room 340S
Oakland, CA 94612
Fax # 510-637-3724

September 14, 2006

_____
MICHAEL TARKINGTON

- 1 -